THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD W. DEROTH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THAYER HOBSON and WILLIAM MORROW & COMPANY, INC., Respondents, v. HENRI WEINER and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order upon payment of said costs and the costs of motion awarded by the court at Special Term. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HARRY KAPLAN, Respondent, v. CHARLES KURLANDER and Others, Defendants, Impleaded with SAMUEL W. SIEGEL, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

## (November 18, 1938.)

CELIA SCHWARTZBLATT, Respondent, v. HERMAN SCHWARTZBLATT, Also Known as HERMAN SCHWARTZ, Appellant.— Order unanimously reversed and motion granted only to the extent of vacating the judgment of separation herein, allowing the defendant to interpose an answer to the complaint and restoring the action for trial to the Special Term Calendar of Bronx County. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

EDWARD ROSENBAUM, Respondent, v. LUMIN-ART DISPLAY CORPORATION and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

BANK OF YORKTOWN, Appellant, v. JOHN P. BOLAND and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Petition of METROPOLITAN LIFE INSURANCE COMPANY, Petitioner, Appellant, Respondent, against NEW YORK STATE LABOR RELATIONS BOARD and Others, Respondents, Appellants, INDUSTRIAL INSURANCE AGENTS UNION, LOCAL 30, Affiliated with the UNITED OFFICE & PROFESSIONAL WORKERS OF AMERICA, C. I. O., and PETER CALLAHAN and Others, Intervenors, Appellants.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Callahan, J., dissents and votes to modify the order appealed from by striking out so much thereof as imposes any conditions in granting the cross-motion of the Board, on the ground that the matters referred to in the conditions were not presented on the motion; and to affirm the order as so modified. [168 Misc. 948.]

In the Matter of the Petition of METROPOLITAN LIFE INSURANCE COMPANY, Petitioner, Respondent, against NEW YORK STATE LABOR RELATIONS BOARD and Others, Respondents, INDUSTRIAL INSURANCE AGENTS UNION, LOCAL 30, Affiliated with the UNITED OFFICE & PROFESSIONAL WORKERS OF AMERICA, C. I. O., Intervenor, Appellant, and PETER CALLAHAN and Others, Intervenors, Respondents.— Order unanimously affirmed, with twenty dollars costs and dis-

bursements to the intervenors-respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

EDWIN S. HERZBERG and MAY HERZBERG, as Executors, etc., of GUSTAVE MOSHEIM, Deceased, Respondents, v. HOUSE OF TRE-JUR, INC., Appellant. EDWIN S. HERZBERG and MAY HERZBERG, as Executors, etc., of GUSTAVE MOSHEIM, Deceased, Respondents, v. ALBERT MOSHEIM, Appellant.— There is a triable issue as to whether the plaintiffs have been overpaid under the contract of February 10, 1925, by reason of the receipt thereafter of $21,904.33, which, it is alleged by the defendants, was paid on account of future installments under the contract. Order and judgment unanimously reversed, with costs, and the motion denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Petitioner, Respondent, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of THE WORKINGMAN'S CO-OPERATIVE ASSOCIATION OF THE UNITED INSURANCE LEAGUE OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse.

SAMUEL DOLSON, Respondent, v. 93 PARK ROW CORPORATION, Appellant, Impleaded with Others, Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the following grounds: (1) The verdict is against the weight of the credible evidence; (2) the court erred in admitting in evidence the " instructions " alleged to have been given by the manager to the bus boy to clean the floor after the plaintiff had fallen. (*Golden* v. *Horn & Hardart Co., Inc.*, 244 App. Div. 92; affd., 270 N. Y. 544.) Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY CHANCER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER BLOCKHAUSE, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ROSE CALI, Respondent, v. JOHN CALI, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CECELIA ARONSON, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse.

WILLIAM H. DOOR and Others, Respondents, v. PIERREPONT DAVENPORT and Others, Defendants, Impleaded with HALSTED JAMES, Appellant. (Appeal No. 1.) WILLIAM H. DOOR and Others, Respondents, v. PIERREPONT DAVENPORT and Others, Defendants, Impleaded with FREDERICK O. BECKER, Appellant. (Appeal No. 2.) — Orders affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent.